UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALLAN MOORE, | Case No. 2:24-cv-01903-JAD-EJY |
|---|---|
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| CLARK COUNTY CORONER, CLARK COUNTY, HOMICIDE DET. TIM, LV POLICE OFC PHILIP, | |
| Defendants. | |

This action commenced when Plaintiff, proceeding *pro se*, submitted a Civil Rights Complaint on October 11, 2024, but did not file an application to proceed *in forma pauperis* ("IFP") or pay the required filing fee for a civil action. ECF No. 2-2. The Court issued an Order on October 16, 2024, giving Plaintiff through and including November 29, 2024 to file an IFP application or pay the filing fee. ECF No. 3. The Court ordered the Clerk of Court to send Plaintiff the IFP application for inmates along with the information and instructions for filing the same. *Id.* The Court explained that if Plaintiff failed to comply with the Order it would recommend dismissal of this action without prejudice. *Id.* at 2. As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

Dated this 6th day of December, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also holds that (1) failure to file objections within the specified time, and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).