UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLAN MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>CLARK COUNTY CORONER, CLARK COUNTY, HOMICIDE DET. TIM, LV POLICE OFC PHILIP,<br><br>    Defendants. | Case No. 2:24-cv-01903-JAD-EJY<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>ECF No. 4 |

**On 12/6/24 the magistrate judge entered this report and recommendation:**

   This action commenced when Plaintiff, proceeding *pro se*, submitted a Civil Rights Complaint on October 11, 2024, but did not file an application to proceed *in forma pauperis* ("IFP") or pay the required filing fee for a civil action. ECF No. 2-2. The Court issued an Order on October 16, 2024, giving Plaintiff through and including November 29, 2024 to file an IFP application or pay the filing fee. ECF No. 3. The Court ordered the Clerk of Court to send Plaintiff the IFP application for inmates along with the information and instructions for filing the same. *Id.* The Court explained that if Plaintiff failed to comply with the Order it would recommend dismissal of this action without prejudice. *Id.* at 2. As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

   Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

   Dated this 6th day of December, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The deadline for any party to object to this recommendation was 12/20/24, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and recommendation, I find good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 4] is ADOPTED in its entirety. This case is DISMISSED without prejudice, and the Clerk of Court is directed to CLOSE it.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 23, 2024